1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   1999 Harrison Street, 18th Floor
3  Oakland, CA  94612-3520
   Telephone:  (510) 496-4616
4  Facsimile:  (415) 762-5338

5  Attorneys for Plaintiff
   AliphCom, Inc. DBA Jawbone
6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10  ALIPHCOM, INC. DBA JAWBONE, a California        Case No.:  16-cv-00302-JSW
    Corporation,
11                                                  STIPULATION AND ORDER REGARDING
                           Plaintiff,               HEARING AND BRIEFING SCHEDULE FOR
12                                                  PENDING MOTION TO DISMISS FOR LACK
              v.                                    OF PERSONAL JURISDICTION AND
13                                                  IMPROPER VENUE
    VDNA TRADING, LLC, a Maryland Limited
14  Liability Company,

15                         Defendant.

16

17         WHEREAS, on February 8, 2016, Defendant VDNA Trading, LLC ("VDNA") filed a

18  motion to dismiss this action for lack of personal jurisdiction and improper venue, which motion was set

19  for hearing on March 15, 2016;

20         WHEREAS, on February 18, 2016 this matter was reassigned to the Hon. Jeffrey S.

21  White and all existing hearing dates were accordingly vacated;

22         WHEREAS, Plaintiff AliphCom, Inc. dba Jawbone ("Jawbone") requires additional time

23  to investigate the jurisdictional issues presented by VDNA's motion and prepare its response to

24  VDNA's arguments;

25         WHEREAS, Jawbone's opposition brief would otherwise be due on February 22, 2016;

26         WHEREAS, there have been no prior time modifications in the case; and

27         WHEREAS, the schedule proposed in this stipulation will not have any effect on the

28  overall schedule for the case;

                                                    1

1           NOW, THEREFORE, the parties hereto, through their undersigned attorneys and subject

2    to the approval of the Court, stipulate to the following schedule for briefing and hearing VDNA's

3    motion:

4           Jawbone's opposition papers shall be filed on or before March 11, 2016.

5           VDNA's reply papers shall be filed on or before March 25, 2016.

6           VDNA's jurisdictional motion shall be heard on April 8, 2016 at 9:00 a.m. in Courtroom

7    5, Oakland Courthouse, 1301 Clay Street, Oakland, California.

8    DATED:  February 19, 2016        ROBERT T. SULLWOLD
       JAMES A. HUGHES
9           SULLWOLD & HUGHES

10

11          By:  _____/s/ James A. Hughes_____
       JAMES A. HUGHES
       Attorneys for
12          PLAINTIFF JAWBONE

13

14   DATED:  February 19, 2016        KRISTEN LAW SAGAFI
       MARTIN D. QUIÑONES
15          TYCKO AND ZAVAREEI LLP

16          CHARLES S. FAX
       LIESEL SCHOPLER
17          RIFKIN, WEINER, LIVINGSTON, LEVITAN &
       SILVER, LLC
18

19          By:  _____/S/_____
       KRISTEN LAW SAGAFI
20          Attorneys for
       DEFENDANT VDNA TRADING, LLC
21

22          <u>ATTESTATION FOR E-FILING</u>

23          I hereby attest that I obtained concurrence in the filing of this document from the other

24   Signatories.

25   DATED:  February 19, 2016

26          ___ /S/ James A. Hughes_____

27          JAMES A. HUGHES

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19, 2016

_____
JEFFREY S. WHITE

UNITED STATES DISTRICT JUDGE