Kristen Law Sagafi (SBN 222249)
Martin D. Quiñones (SBN 293318)
Tycko and Zavareei LLP
483 Ninth Street, Suite 200
Oakland, California 94607
Telephone: (510) 254-6808
Email: ksagafi@tzlegal.com
       mquinones@tzlegal.com

Charles S. Fax, Esq. (admitted *pro hac vice*)
Liesel Schopler, Esq. (admitted *pro hac vice*)
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Cell Phone: (410) 274-1453
Email: cfax@rwlls.com

*Counsel for Defendant VDNA Trading, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALIPHCOM, INC. DBA JAWBONE,<br><br>Plaintiff,<br><br>v.<br><br>VDNA TRADING, LLC,<br><br>Defendant. | Case No. 4:16-cv-00302-JSW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br>AND ORDER THEREON<br>Judge: The Hon. Jeffrey S. White<br><br>Courtroom: E |

    WHEREAS, the Initial Case Management Conference in the above-captioned matter is presently scheduled for Friday, April 22, 2016 at 11:00 AM before the Honorable Jeffrey S. White, United States District Judge;

    WHEREAS, Charles S. Fax, Esq., lead counsel for Defendant VDNA Trading, LLC will be observing a religious holiday on Friday, April 22, 2016;

1    WHEREAS, Mr. Fax resides in Maryland and will be unable to travel to attend the
2    April 22, 2016 Conference and also participate in religious observance on that date;
3    WHEREAS, the Court is scheduled to hear Defendant VDNA's Motion to Dismiss for
4    Lack of Jurisdiction on Friday, April 8, 2016 at 9:00 AM;
5    WHEREAS, if VDNA's jurisdictional motion is granted, there may be no need for further
6    proceedings before this court;
7    WHEREAS, there has been only one prior time modification in this case;
8    WHEREAS, the modification proposed in this stipulation will not have a material effect
9    on the overall schedule in this case and will expedite the initial proceedings;
10   NOW, THEREFORE, the parties hereto, through their undersigned attorneys and subject
11   to the approval of the Court, stipulate to the following modification to the schedule and related
12   deadlines:
13   The Initial Case Management Conference scheduled in this matter for April 22, 2016 shall
14   be continued to a later date to be determined by the Court;
15   All deadlines running pursuant to Fed. R. Civ. P. 26(f) based on the April 22, 2016
16   conference date shall be vacated and reset in accordance with the new date for the Initial Case
17   Management Conference.

| | | |
|---|---|---|
| 1 | DATED: March 11, 2016 | By: */s/ Kristen Law Sagafi* |
| 2 | | Kristen Law Sagafi |
| | | Martin D. Quiñones |
| 3 | | TYCKO & ZAVAREEI LLP |
| 4 | | Charles S. Fax, Esq. |
| | | Liesel Schopler |
| 5 | | RIFKIN, WEINER, LIVINGSTON, LEVITAN & |
| 6 | | SILVER, LLP |
| 7 | | *Counsel for Defendant VDNA Trading, LLC* |
| 8 | | |
| 9 | DATED: March 11, 2016 | By: */s/ James A. Hughes* |
| | | Robert T. Sullwold |
| 10 | | James A. Hughes |
| 11 | | SULLWOLD & HUGHES |
| 12 | | *Counsel for Plaintiff, Jawbone* |

### ATTESTATION FOR E-FILING

I hereby attest pursuant to Local R. 5-1(i)(3) that I obtained concurrence in the filing of the document from the other Signatories prior to filing.

DATED: March 11, 2016                    By:  */s/ Kristen Law Sagafi*
                                                                Kristen Law Sagafi

**ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The case management conference shall be continued to June 3, 2016, and the parties joint case management statement shall be due on May 27, 2016.

DATED: March 14, 2016

_____
The Honorable Jeffrey S. White
United States District Judge

1

**STIPULATED ORDER**
**CASE NO. 4:16-cv-00302-JSW**