1   Kristen Law Sagafi (SBN 222249)
2   Martin D. Quiñones (SBN 293318)
    Tycko and Zavareei LLP
3   483 Ninth Street, Suite 200
    Oakland, California 94607
4   Telephone: (510) 254-6808
    Email: ksagafi@tzlegal.com
5          mquinones@tzlegal.com

6   Charles S. Fax, Esq. (admitted *pro hac vice*)
7   Liesel Schopler, Esq. (admitted *pro hac vice*)
    Rifkin, Weiner, Livingston, Levitan & Silver, LLC
8   7979 Old Georgetown Road, Suite 400
    Bethesda, Maryland 20814
9   Telephone: (301) 951-0150
    Cell Phone: (410) 274-1453
10  Email: cfax@rwlls.com

11  *Counsel for Defendant VDNA Trading, LLC*

12              **UNITED STATES DISTRICT COURT**
13         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                     **OAKLAND DIVISION**
14

15  ALIPHCOM, INC. DBA JAWBONE,          Case No. 4:16-cv-00302-JSW
16              Plaintiff,               ORDER GRANTING
                                         **STIPULATION TO CONTINUE**
17  v.                                   **INITIAL CASE MANAGEMENT**
                                         **CONFERENCE UNTIL JUNE 17, 2016**
18  VDNA TRADING, LLC,
                                         Judge: The Hon. Jeffrey S. White
19              Defendant.
                                         Courtroom: ~~E~~  5
20

21

22

23      WHEREAS, the Parties stipulated on March 11, 2016 to a continuance of the Initial Case

24  Management Conference—originally scheduled in the above-captioned matter for April 22,

25  2016—until a later date determined by the court (Doc. 20, March 11, 2016);

26      WHEREAS, the Court issued an Order granting the Parties' Stipulation on March 14,

27  2016, and rescheduling the Initial Case Management Conference for Friday, June 3, 2016 at

28

                                    1

1    11:00 AM before the Honorable Jeffrey S. White, United States District Judge (Doc. 26,

2    March 14, 2016;

3          WHEREAS, Charles S. Fax, Esq., lead counsel for Defendant VDNA Trading, LLC

4    has a prior professional commitment in unrelated litigation requiring out-of-state travel on

5    June 3, 2016, and will therefore be unable to attend a Case Management Conference in Oakland,

6    California on that date;

7          WHEREAS, the Court is scheduled to hear Defendant VDNA's Motion to Dismiss for

8    Lack of Jurisdiction on Friday, April 8, 2016 at 9:00 AM;

9          WHEREAS, if VDNA's jurisdictional motion is granted, there may be no need for further

10   proceedings before this court;

11         WHEREAS, there have been only two prior time modifications in this case, neither of

12   which have materially altered the overall timeline of the proceedings;

13         WHEREAS, the modification proposed in this stipulation will not have a material effect

14   on the overall schedule in this case, including the discovery timeline or trial date;

15         NOW, THEREFORE, the parties hereto, through their undersigned attorneys and subject

16   to the approval of the Court, stipulate to the following modification to the schedule and related

17   deadlines:

18         The Initial Case Management Conference scheduled in this matter for June 3, 2016 shall

19   be continued until June 17, 2016;

20         All deadlines running pursuant to Fed. R. Civ. P. 26(f) based on the June 3, 2016

21   conference date shall be vacated and reset in accordance with the new June 17, 2016 date for the

22   Initial Case Management Conference.

23

24

25

26

27

28

**STIPUATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 4:16-cv-00302-JSW**

1  DATED: March 18, 2016                     By: */s/ Kristen Law Sagafi*____
2                                                 Kristen Law Sagafi
                                                  Martin D. Quiñones
3                                                 TYCKO & ZAVAREEI LLP

4                                                 Charles S. Fax, Esq.
                                                  Liesel Schopler
5                                                 RIFKIN, WEINER, LIVINGSTON, LEVITAN &
                                                  SILVER, LLP
6
7                                                 *Counsel for Defendant VDNA Trading,*
                                                  *LLC*
8
9  DATED: March 18, 2016                     By: *_/s/ James A. Hughes*_____
10                                                Robert T. Sullwold
                                                  James A. Hughes
11                                                SULLWOLD & HUGHES

12                                                *Counsel for Plaintiff, Jawbone*

13

14

15                        **ATTESTATION FOR E-FILING**

16          I hereby attest pursuant to Local R. 5-1(i)(3) that I obtained concurrence in the filing of the

17  document from the other Signatories prior to filing.

18

19  DATED: March 18, 2016                     By: *_/s/ Kristen Law Sagafi*____
20                                                Kristen Law Sagafi

21

22

23

24

25

26

27

28

3

**ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.


DATED: March 18, 2016

The Honorable Jeffrey S. White
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1